# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 09-617-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| MARK BASSELEY YOUSSEF, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On November 7, 2012, this matter came before the Court on Petition on Probation and Supervised Release filed on September 27, 2012 . Government counsel, Robert Dugdale, the defendant and his retained attorney, Steven Seiden, were present. The U.S. Probation Officers, Graciela Gudino and Curtis Samson, were also present.

The defendant admits violation of his supervised release, as stated in allegations 1, 2, 3, and 5 of the Petition on Probation and Supervised Release filed on September 27, 2012. The Court grants the Government's motion to dismiss allegations 4, 6, 7, and 8 of the Petition on Probation and Supervised Release filed on September 27, 2012. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 24, 2010.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months. Upon release from imprisonment,

the defendant will be placed on supervised release for a term of four (4) years, under the same terms and conditions as previously imposed. Counsel shall meet and confer regarding any additional terms and conditions to be imposed, and submit forthwith a Stipulation and Proposed order regarding the same. The Court hereby recommends defendant be designated to a facility in Southern California, or as close thereto as possible

     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 7, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk